UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>          Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>          Defendants. | CASE NO. 1:16-CV-00411-LJO-MJS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted a motion to proceed in forma papueris but did not submit the appropriate form. As Plaintiff has not filed an application to proceed in forma pauperis on the appropriate form or paid the $400.00 filing fee in full, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.\

1

1  If Plaintiff fails to obey this order, the undersigned will recommend dismissal of
2 this action.

IT IS SO ORDERED.

Dated: __July 1, 2016__    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2