UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et.al.<br><br>    Defendant. | No. 1:16-CV-0411-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 4)** |

Plaintiff, Debra Berry ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on July 29, 2016 (ECF No. 4)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that She is entitled to proceed without prepayment of fees. Plaintiff's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   August 8, 2016                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

1