UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | CASE NO. 1:16-cv-00411-LJO-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY ON COGNIZABLE CLAIMS AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**(ECF NO. 1)**<br><br>**FOURTEEN (14) DAY OBJECTION DEADLINE** |

Plaintiff Debra Berry proceeds pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983 and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d

On March 7, 2017, the Court screened Plaintiff's complaint and concluded that it stated the following cognizable claims: (1) a Fourteenth Amendment Equal Protection claim for compensatory and punitive damages against Defendants Jordan, Bambrosia, Carol, McCarthy, and Marks, in their individual capacities, and for injunctive relief in their official capacities; (2) a First Amendment retaliation claim for compensatory and punitive damages against Defendant Marks in his individual capacity; (3) a Title VI intentional discrimination claim for injunctive relief and compensatory damages against YCCD and

MJC; and (4) a Title VI retaliation claim for injunctive relief and compensatory damages against YCCD and MJC. The remaining claims were not cognizable as pled. (ECF No. 6.)

Plaintiff was ordered to file an amended complaint or notify the Court in writing of her willingness to proceed only on the cognizable claims. (Id.) Plaintiff responded with a notice that she is willing to proceed only on the cognizable claims. (ECF No. 8.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only on the following claims: (1) a Fourteenth Amendment Equal Protection claim for compensatory and punitive damages against Defendants Jordan, Bambrosia, Carol, McCarthy, and Marks, in their individual capacities, and for injunctive relief in their official capacities; (2) a First Amendment retaliation claim for compensatory and punitive damages against Defendant Marks in his individual capacity; (3) a Title VI intentional discrimination claim for injunctive relief and compensatory damages against YCCD and MJC; and (4) a Title VI retaliation claim for injunctive relief and compensatory damages against YCCD and MJC;

2. All other claims and defendants be dismissed from this action for failure to state a claim; and

3. The matter be referred back to the undersigned for further proceedings including service of process.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the

waiver of rights on appeal. <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 839 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: April 30, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE