# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY, <br><br> Plaintiff, <br><br> v. <br><br> YOSEMITE COMMUNITY COLLEGE DISTRICT, A PUBLIC EDUCATIONAL INSTITUTION; JUNIOR COLLEGE; BRYAN JUSTIN MARKS; individually and in his official capacity as an Administrator and Associate Dean of Campus Life and Student Learning, JACKIE JORDAN, individually and in her official capacity as Administrator Librarian at Modesto Junior College, ELLEN BAMBROSIA; individually and in her official capacity as an Administrator Librarian at Modesto Junior College, IRIS CAROL; individually and in her official capacity as an Administrator Librarian at Modesto Junior College, GRANDEN McCARTHY; individually and in his official capacity as an Administrator and College Campus Security Guard at Modesto Junior College <br><br> Defendants. | Case No. 1:16-cv-00411-LJO-EPG <br><br> **ORDER GRANTING IN PART DEFENDANTS'** *EX PARTE* **APPLICATION TO FURTHER MODIFY THE SCHEDULING ORDER** <br><br> (ECF Nos. 28, 31, 44) |

On November 28, 2018, defendants in this action filed an *ex parte* application to further modify the scheduling order in this action. (ECF No. 44). Good cause appearing, the dates in the Scheduling Order, (ECF No. 28), are hereby modified as follows:

1. The cutoff for Initial Expert Disclosure shall be changed from December 14, 2018 to January 14, 2019;
2. The cutoff for Expert Rebuttal/Supplemental Expert Disclosure shall be changed from January 11, 2019 to February 11, 2019;
3. The cutoff for Expert Discovery shall be changed from March 8, 2019 to April 8, 2019;
4. The cutoff for Non-Dispositive Motion Filing shall be changed from April 5, 2019 to May 6, 2019;
5. The cutoff for Dispositive Motion Filing, May 10, 2019, and a Dispositive Motion Hearing, June 27, 2019, shall remain unchanged; and
6. The dates set for a Pretrial Conference, August 8, 2019 at 8:30 am, and for a Jury Trial, November 5, 2019 at 8:30 am, shall also remain unchanged.

IT IS SO ORDERED.

Dated: **November 29, 2018**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE