UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00411-LJO-EPG<br><br>ORDER RE: IFP STATUS ON APPEAL<br><br>(ECF NO. 92) |

By notice entered October 7, 2019, the United States Court of Appeals for the Ninth Circuit referred this matter to the District Court for the limited purpose of determining whether the *in forma pauperis* status of Plaintiff Debra Berry ("Plaintiff") should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

Permitting litigants to proceed *in forma pauperis* is a privilege, not a right. *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984); *Williams v. Field*, 394 F.2d 329, 332 (9th Cir. 1968), cert. denied, 393 U.S. 891 (1968); *Williams v. Marshall*, 795 F.Supp. 978, 978-79 (N.D. Cal. 1992). A federal court may dismiss a claim filed *in forma pauperis* prior to service if it is satisfied that the action is frivolous or malicious. 28 U.S.C. § 1915(e)(2); *see Sully v. Lungren*,

1

842 F.Supp. 1230, 1231 (N.D. Cal. 1994). A claim is 'frivolous' when it is without 'basis in law or fact,' and 'malicious' when it is 'filed with the intention or desire to harm another.'" *Knapp v. Hogan*, 738 F.3d 1106, 1109 (9th Cir. 2013). A finding of frivolity in this context is equivalent to finding a lack of good faith. *Id.* at 1110. A lack of good faith can be inferred where "plaintiffs seek to exploit the court system solely for delay or to vex defendants." *Vega v. JPMorgan Chase Bank, N.A.*, 654 F.Supp.2d 1104, 1121 (E.D. Cal. 2009).

The Court does not find that Plaintiff takes the instant appeal in bad faith. This is not a situation where "plaintiffs seek to exploit the court system solely for delay or to vex defendants." *Id.*

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is entitled to proceed *in forma pauperis* in Appeal No. 19-16932, filed on September 30, 2019;
2. This Order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is entitled to proceed *in forma pauperis* for this appeal; and
3. The Clerk of the Court is directed to serve a copy of this Order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **October 15, 2019**          /s/ Erin P. Gro[illegible]
                                     UNITED STATES MAGISTRATE JUDGE